IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALIM A. BHATTI,** | : | Civil No. 1:18-cv-2178 |
| **Plaintiff,** | : | |
| v. | : | |
| **REPUBLICAN CAUCUS OF THE PENNSYLVANIA HOUSE OF REPRESENTATIVES, et al.,** | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HERBEY ORDERED** that Defendants' motion to dismiss (Doc. 5) is **GRANTED** as follows:

1) As to Count I, any alleged discriminatory acts that occurred prior to October 13, 2017, are dismissed with prejudice;

2) Counts II, VI, V, VI, and VIII are dismissed with prejudice; and

3) Counts III and VII are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff has fourteen days from the date of this order to file an amended complaint.

s/Sylvia Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: October 1, 2019