IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KALIM A. BHATTI,** | : | Civil No. 18-cv-2178 |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **REPUBLICAN CAUCUS OF THE** | : | |
| **PENNSYLVANIA HOUSE OF** | : | |
| **REPRESENTATIVES, et al.,** | : | |
| | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum, it is hereby **ORDERED** that the Defendants' motion to dismiss for failure to state a claim (Doc. 15) is **GRANTED** insofar as:

(1) Count I's Title VII retaliation and hostile work environment claims are **DISMISSED** without prejudice;

(2) Count III is **DISMISSED** with prejudice;

(3) Count IV is **DISMISSED** with prejudice;

(4) Bhatti may file a second amended complaint within 14 days if he reasonably believes he can cure the deficiencies identified in the amended complaint.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: June 22, 2020